AUGUST 30, 1989

No. A–18. POLYAK *v.* STACK ET AL. C. A. 6th Cir. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–47. CITY OF NEW YORK ET AL. *v.* SEAWALL ASSOCIATES ET AL. Ct. App. N. Y. Application for stay, presented to JUSTICE MARSHALL, and by him referred to the Court, denied, and the order heretofore entered by JUSTICE MARSHALL on July 20, 1989, is vacated. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application for stay.

No. A–76 (89–5357). LEBBOS *v.* STATE BAR OF CALIFORNIA ET AL. Ct. App. Cal., 6th App. Dist. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–152. B. J. ALAN CO., INC., ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. Application for stay pending appeal to the United States Court of Appeals for the District of Columbia Circuit, presented to JUSTICE BRENNAN, and by him referred to the Court, denied.

No. 87–1965. ZINERMON ET AL. *v.* BURCH. C. A. 11th Cir. [Certiorari granted, 489 U. S. 1064.] Motion of American Orthopsychiatric Association et al. for leave to file a brief as *amici curiae* granted.

No. 88–854. SPALLONE *v.* UNITED STATES ET AL.;
No. 88–856. CHEMA *v.* UNITED STATES ET AL.; and
No. 88–870. LONGO ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. [Certiorari granted, 489 U. S. 1064.] Motion of petitioner in No. 88–854 for divided argument and for additional time for oral argument denied. Motion of petitioner in No. 88–856 for divided argument and for additional time for oral argument denied. Motion of petitioners in No. 88–870 for divided argument and for additional time for oral argument denied. Motion of respondents Yonkers Branch National Association for the Advancement of Colored People et al. for divided argument and for additional time for oral argument denied.